NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNION STEEL, LG HAUSYS, LTD.,
LG HAUSYS AMERICA, INC.,
AND DONGBU STEEL CO., LTD.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**NUCOR CORPORATION,**
*Defendant-Appellee,*

AND

**UNITED STATES STEEL CORPORATION,**
*Defendant-Appellee*

---

2012-1248, -1315

---

Appeals from the United States Court of International Trade in consolidated case no. 11-CV-0083, Judge Jane A. Restani.

---

**ON MOTION**

---

Before O'MALLEY, *Circuit Judge.*

## ORDER

JTEKT Corporation, KOYO Corporation of U.S.A., NSK Ltd., NSK Corporation, NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN-Bower Corporation and NTN Driveshaft, Inc., move for leave to file a brief amicus curiae in support of Union Steel, LG Hausys, Ltd., LG Hausys America, Inc., and Dongbu Steel Co., Ltd.

JTEKT Corporation, KOYO Corporation of U.S.A., NSK Ltd., NSK Corporation, NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN-Bower Corporation and NTN Driveshaft, Inc., state that Union Steel, LG Hausys, Ltd., LG Hausys America, Inc., and Dongbu Steel Co., Ltd consent to the motion and that Nucor Corporation and United States Steel Corporation did not respond when the motion was filed. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Defendants-appellees' briefs are due within 40 days of the date of this order.

FOR THE COURT

SEP 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 5 2012

JAN HORBALY
CLERK

cc: Neil R. Ellis, Esq.
Robert A. Lipstein, Esq.
Kevin M. O'Brien, Esq.
L. Misha Preheim, Esq.
Donald B. Cameron, Esq.
Timothy C. Brightbill, Esq.
Jeffrey David Gerrish, Esq.

s26